**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intertrust Technologies Corp., | NO. C 06-04596 JW |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONSOLIDATE THIS ACTION WITH CASE NOS. C 06-04659 JW (PVT) AND C 06-04660 JW (PVT)** |
| v. | |
| Macrovision Corp., | |
| Defendant. | |

Presently before the Court is the parties' Joint Motion to Consolidate This Action With Case Nos. C 06-4659 JW (PVT) and C 06-4660 JW (PVT). (hereafter "Motion," Docket Item No. 14.) According to Federal Rule of Civil Procedure 42(a), "actions involving a common question of law or fact" may be consolidated. The cases that the parties move this Court to consolidate all seek review of patent interference proceedings that had been brought before the Board of Patent Appeals and Interferences. The patents and patent applications involved in these proceedings relate to the same technological field and involve many of the same inventors. According to the parties, priority of invention and inequitable conduct are likely to be issues present in all three cases. Given the commonalities of these cases, the Court GRANTS the parties' Motion.

Dated: September 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara Clarke McCurdy barbara.mccurdy@finnegan.com
Frank Jonah West fwest@oblon.com
Linda Jean Thayer linda.thayer@finnegan.com
Michael D. Powell mikepowell@quinnemanuel.com

**Dated: September 25, 2006**                              **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**