Linda J. Thayer, Esq. (SBN 195,115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Barbara C. McCurdy, Esq. (*Admitted Pro Hac Vice*)
barbara.mccurdy@finnegan.com
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Attorneys for Plaintiff
INTERTRUST TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>                      Plaintiff,<br><br>          v.<br><br>MACROVISION CORPORATION,<br><br>                      Defendant. | CASE NO. C06-04596 JW<br><br>(consolidated with Case Nos. C06-04660 and C06-04659)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INTERTRUST'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L. R. 7-11 and 16-2(d)** |
| MACROVISION CORPORATION,<br><br>                      Counter-Plaintiff,<br><br>          v.<br><br>INTERTRUST TECHNOLOGIES CORPORATION,<br><br>                      Counter-Defendant. | |

1  Upon reviewing Plaintiff Intertrust's Motion for Administrative Relief Pursuant to Civil L. R.
2  7-11 and 16-2(d), and any opposition thereto, this Court hereby GRANTS Intertrust's motion.

3  IT IS HEREBY ORDERED THAT:

5  (1)   The Case Management Conference previously noticed for November 27, 2006, at
6  10:00 a.m. is rescheduled to be heard on __December 4_____, at __10:00 AM__; and

7  (2)   The hearing on Defendant Macrovision's Motion to Preclude Consideration of
8  Certain Issues, noticed for November 27, 2006, at 10:00 a.m., is rescheduled to be heard on
9  __December 4_____, at __10:00 AM__.

11 Dated:  __10/13/06_____

   _____
   The Honorable James Ware
   United States District Judge

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR ADMINISTRATIVE RELIEF
C06--04596 JW**