IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intertrust Technologies Corporation, | NO. C 06-04596 JW |
| Plaintiffs,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Macrovision, Inc., | |
| Defendant. | |

In light of the motion hearing and case management already set for **December 4, 2006 at 9 AM and 10 AM** respectively, the Court vacates the case management conference presently set for November 27, 2006.

Dated: November 20, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara Clarke McCurdy barbara.mccurdy@finnegan.com
Frank Jonah West fwest@oblon.com
Linda Jean Thayer linda.thayer@finnegan.com
Michael D. Powell mikepowell@quinnemanuel.com

**Dated: November 20, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**