IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intertrust Technologies Corporation,<br><br>      Plaintiff,<br>  v.<br><br>Macrovision, Inc.,<br><br>      Defendant.<br>                                            / | NO. C 06-04596 JW<br><br>**ORDER FOLLOWING CASE<br>MANAGEMENT CONFERENCE** |

The Court conducted a case management conference on December 4, 2006. In light of the discussion with the parties' counsel at the conference, the Court orders the following:

1. The parties shall submit a joint statement describing the history of the case by December 18, 2006;
2. The parties shall submit proposals as to the sequence in which matters should be addressed by the Court no later than January 5, 2007;
3. A further case management conference is set for **Tuesday, January 16, 2007, at 10:00 a.m.**; and
4. A tutorial on the subject matter of the patents and patent applications involved in this suit is set for **Friday, February 23, 2007, from 9:00 a.m. to 12:00 p.m.**

Dated: December 5, 2006

                                                                               JAMES WARE<br>
                                                                               United States District Judge

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara Clarke McCurdy barbara.mccurdy@finnegan.com
Frank Jonah West fwest@oblon.com
Linda Jean Thayer linda.thayer@finnegan.com
Michael D. Powell mikepowell@quinnemanuel.com

**Dated: December 5, 2006**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**