IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intertrust Technologies Corporation, | NO. C 06-04596 JW |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Macrovision, Inc., | |
| Defendant. | |

On the Court's own motion, the further case management conference presently set for January 16, 2007 is continued to **February 5, 2007 at 10 a.m.**

Dated:  December 27, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Barbara Clarke McCurdy barbara.mccurdy@finnegan.com
Frank Jonah West fwest@oblon.com
3  Linda Jean Thayer linda.thayer@finnegan.com
Michael D. Powell mikepowell@quinnemanuel.com

**Dated: December 27, 2006**                              **Richard W. Wieking, Clerk**

                                                                                         **By:  /s/ JW Chambers**
                                                                                            **Elizabeth Garcia**
                                                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California