QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
  Charles L. Gholz (*Admitted Pro Hac Vice*)
  cgholz@oblon.com
  W. Todd Baker (*Admitted Pro Hac Vice*)
  tbaker@oblon.com
  Frank J. West (*Admitted Pro Hac Vice*)
  fwest@oblon.com
1940 Duke Street
Alexandria, VA 22314
Telephone:     703-413-3000
Facsimile:     703-413-2220

DAVIDSON, BERQUIST, JACKSON & GOWDEY, LLP
  Michael R. Casey  (*Admitted Pro Hac Vice*)
  mcasey@davidsonberquist.com
4300 Wilson Blvd., 7th Floor
Arlington, Virginia 22203
Telephone:     703-894-6406
Facsimile:     703-894-6430

Attorneys for Defendant and Counter-Plaintiff
MACROVISION CORPORATION

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Linda J. Thayer, Esq. (SBN 195,115)
linda.thayer@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Barbara C. McCurdy, Esq. (*Admitted Pro Hac Vice*)
barbara.mccurdy@finnegan.com
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff and Counter-Defendant
INTERTRUST TECHNOLOGIES CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> MACROVISION CORP., <br><br> Defendant. | Case No. C 06-04596 JW <br><br> (consolidated with Case Nos. C 06-04660 JW and C 06-4659 JW) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

## STIPULATION

Pursuant to *Civil Local Rule* 6-2, defendant Macrovision Corp. and plaintiff Intertrust Technologies Corp. hereby stipulate and move this Court for an order rescheduling (i) the further case management conference from February 5, 2007 to February 12, 2007, and (ii) the deadline for the parties' case management proposals from January 5, 2007 to January 12, 2007.

WHEREAS, on December 5, 2006 the Court ordered a further case management conference for January 16, 2007 at 10:00 a.m. and ordered the parties to submit proposals as to the sequence in which matters should be addressed by the Court no later than January 5, 2007 (Docket No. 43);

WHEREAS, the January 16, 2007 case management conference was rescheduled on the Court's own motion to February 5, 2007 pursuant to the Court's order dated December 27, 2006 (Docket No. 46); and

WHEREAS, counsel for Macrovision is scheduled to appear for oral argument in an unrelated case before the United States Court of Appeals for the Federal Circuit on February 6, 2006.

NOW, WHEREFORE, the parties stipulate that the further case management conference currently set for February 5, 2007 be continued to **February 12, 2007 at 10:00 a.m**. and that the parties' case management proposals be submitted to the Court no later than **January 12, 2007**.

The parties have not sought any previous modifications pursuant to Local Rule 6-2 in this action. However, the date for the first CMC was set back a week on an administrative motion by Intertrust.

The parties hereby request that the Court adopt the parties' stipulation as the order of this Court.

The parties believe that the present stipulated extension to the CMC date will not affect any other dates currently on calendar, nor adversely affect the schedule for this case given that the case is in the very early stages.

Respectfully submitted,

DATED: December 29, 2006           QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP


                                   By   /s/   Michael D. Powell
                                        Michael D. Powell
                                        Attorneys for MACROVISION CORP.


DATED: December 29, 2006           FINNEGAN, HENDERSON, FARABOW, GARRETT
                                   & DUNNER, LLP


                                   By   /s/   Linda J. Thayer
                                        Linda J. Thayer
                                        Attorneys for INTERTRUST TECHNOLOGIES
                                        CORP.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   1/3/2007


_____
James Ware
UNITED STATES DISTRICT JUDGE