[Counsel List on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> MACROVISION CORP., <br><br> Defendant. | Case No. C 06-04596 JW <br><br> (consolidated with Case Nos. C 06-04660 JW and C 06-4659 JW) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON INTERTRUST'S MOTION TO BIFURCATE** |

## STIPULATION

Pursuant to *Civil Local Rule* 6-2, defendant Macrovision Corp. ("Macrovision") and plaintiff Intertrust Technologies Corp ("Intertrust") hereby stipulate and move this Court for an order rescheduling (i) the deadlines for filing the opposition and reply concerning Intertrust's Motion to Bifurcate to **February 2, 2007** and **February 9, 2007** respectively and (ii) the hearing date for the Motion from **February 26, 2007** to **February 23, 2007**.

WHEREAS, on January 23, 2007, Intertrust filed its Motion to Bifurcate the Inequitable Conduct and Priority Issues and Stay Discovery Unrelated to Inequitable Conduct (Corrected) with a hearing date set for February 26, 2007 (Docket No. 52);

WHEREAS, the Court has scheduled a three-hour tutorial for this case on February 23, 2007 (Docket No. 43)

WHEREAS, under *Civil Local Rule* 7-3, Macrovision's Opposition to Intertrust's Motion would be due on February 5, 2007 and Intertrust's Reply would be due on February 12, 2007; and

WHEREAS, the parties expect the tutorial to require less than three hours of the Court's time and the parties would be before the Court for this case on two consecutive business days on related matters; consolidation of the tutorial and the hearing on Intertrust's Motion to one day would be a more efficient use of the Court's calendar.

51115/2024704.1

-1-   Case No. C 06-04596; Case No. C 06-04660; C 06-4659
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

NOW, THEREFORE, the parties stipulate that the deadline for the filing of Macrovision's Opposition to Intertrust motion be reset for **February 2, 2007** and Intertrust's Reply be reset for **February 9, 2007** and that the hearing on Intertrust's Motion be reset for **February 23, 2007**.

The parties have not sought any previous modifications pursuant to Local Rule 6-2 for this Motion.

The parties hereby request that the Court adopt the parties' stipulation as the order of this Court.

The parties believe that the present stipulated rescheduling of the Motion will not affect any other dates currently on calendar, nor adversely affect the schedule for this case.

Respectfully submitted,

DATED:  January 31, 2007              OBLON, SPIVAK, MCCLELLAND, MAIER &
                                      NEUSTADT, P.C.


                                   By    /s/    Charles L. Gholz
                                      Charles L. Gholz
                                      Attorneys for Defendant MACROVISION CORP.
                                   QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
                                      Claude M. Stern (Bar No. 96737)
                                      claudestern@quinnemanuel.com
                                      Michael D. Powell (Bar No. 202850)
                                      mikepowell@quinnemanuel.com
                                   555 Twin Dolphin Drive, Suite 560
                                   Redwood Shores, California  94065-2139
                                   Telephone:     (650) 801-5000
                                   Facsimile:     (650) 801-5100

                                   OBLON, SPIVAK, MCCLELLAND, MAIER &
                                   NEUSTADT, P.C.
                                      Charles L. Gholz (*Admitted Pro Hac Vice*)
                                      cgholz@oblon.com
                                      W. Todd Baker (*Admitted Pro Hac Vice*)
                                      tbaker@oblon.com
                                      Frank J. West (*Admitted Pro Hac Vice*)
                                      fwest@oblon.com
                                   1940 Duke Street
                                   Alexandria, VA 22314
                                   Telephone:     703-413-3000
                                   Facsimile:     703-413-2220

                        DAVIDSON, BERQUIST, JACKSON & GOWDEY, LLP
                          Michael R. Casey *(Admitted Pro Hac Vice)*
                          mcasey@davidsonberquist.com
                        4300 Wilson Blvd., 7th Floor
                        Arlington, Virginia 22203
                        Telephone:    703-894-6406
                        Facsimile:     703-894-6430

                        Attorneys for Defendant
                        MACROVISION CORPORATION

DATED:  January 31, 2007         FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


                        By   /s/   Linda J. Thayer
                          Linda J. Thayer (SBN 195,115)
                          Attorneys for Plaintiff INTERTRUST TECHNOLOGIES CORP.
                          FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
                          Linda J. Thayer, Esq.
                          linda.thayer@finnegan.com
                          Stanford Research Park
                          3300 Hillview Avenue
                          Palo Alto, California 94304-1203
                          Telephone: (650) 849-6600
                          Facsimile: (650) 849-6666

                          Barbara C. McCurdy, Esq. (*Admitted Pro Hac Vice*)
                          barbara.mccurdy@finnegan.com
                          901 New York Avenue, N.W.
                          Washington, D.C. 20001
                          Telephone: (202) 408-4000
                          Facsimile: (202) 408-4400

                          Attorneys for Plaintiff and Counter-Defendant
                          INTERTRUST TECHNOLOGIES CORPORATION

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   2/6/2007

_____
James Ware
UNITED STATES DISTRICT JUDGE