**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Intertrust Technologies Corp.,

               Plaintiff,

   v.

Macrovision, Inc., et al.,

               Defendants.

_____/

NO. C 06-04596 JW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER RESCHEDULING HEARING ON MOTION TO BIFURCATE**

       The Court continues the case management conference currently scheduled for February 12, 2007 to **February 23, 2007 at 10:00 a.m.,** to coincide with the currently scheduled claim tutorial. As the parties lodged a Joint Statement Describing History of Case on December 18, 2006, an updated joint case management statement need not be filed.  The Court reschedules the hearing on Plaintiff's Motion to Bifurcate the Inequitable Conduct and Priority Issues and Stay Discovery Unrelated to Inequitable Conduct currently scheduled for February 26, 2007, to **February 23, 2007 at 9:00 a.m.**

Dated:  February 9, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara Clarke McCurdy barbara.mccurdy@finnegan.com
Frank Jonah West fwest@oblon.com
Linda Jean Thayer linda.thayer@finnegan.com
Michael D. Powell mikepowell@quinnemanuel.com

**Dated:  February 9, 2007**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers                **
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California