1 Linda J. Thayer, Esq. (SBN 195,115)
linda.thayer@finnegan.com
2 FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3 Stanford Research Park
3300 Hillview Avenue
4 Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
5 Facsimile:      (650) 849-6666

6 Barbara C. McCurdy, Esq. (*Admitted Pro Hac Vice*)
barbara.mccurdy@finnegan.com
7 FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
8 901 New York Avenue, N.W.
Washington, D.C. 20001
9 Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400
10
Attorneys for Plaintiff and Counter-Defendant
11 INTERTRUST TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT
12
NORTHERN DISTRICT OF CALIFORNIA
13
SAN JOSE DIVISION
14

| | |
|---|---|
| 15  INTERTRUST TECHNOLOGIES CORPORATION,<br>16                  Plaintiff,<br>17        v.<br>18  MACROVISION CORPORATION,<br>19                  Defendant.<br>20 | CASE NO. C06-04596 JW<br><br>(consolidated with Case Nos. C06-04660 and C06-04659)<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM** |
| 21  MACROVISION CORPORATION,<br>22                  Counter-Plaintiff,<br>23        v.<br>24  INTERTRUST TECHNOLOGIES CORPORATION,<br>25                  Counter-Defendant. | Date:        February 23, 2007<br>Time:        9:00 a.m.<br>Location:   Courtroom 8, 4th Floor<br>Judge:       Honorable James Ware |

26
         IT IS HEREBY ORDERED that:
27

28

1 Plaintiffs Intertrust Technologies Corporation and Macrovision Corporation may bring the following pieces of equipment into the courtroom for use duing the Claim Tutorial set for Friday, February 23 at 10:00 a.m.

1. Laptop computers and accompanying power cords
2. Projector and accompanying power cord
3. 25' projector VGA cable to connect laptop to projector
4. Presentation on backup thumb drive
5. Laser pointer
6. Extra power cords and connectors

IT IS SO ORDERED.

DATED:     2/22/2007

HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE