**[Counsel List on Signature Page]**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION,<br><br>Defendant.<br><br>MACROVISION CORPORATION,<br><br>Counter-Plaintiff,<br><br>v.<br><br>INTERTRUST TECHNOLOGIES CORPORATION,<br><br>Counter-Defendant. | CASE NO. C06-04596 JW<br><br>(consolidated with Case Nos. C06-04660 and C06-04659)<br><br>**STIPULATION AND JOINT ADMINISTRATIVE REQUEST TO ENLARGE PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT** |

    Plaintiff and Counter-Defendant Intertrust Technologies Corporation ("Intertrust") will soon be filing a Motion for Summary Judgment ("Motion") asking this Court to affirm the decision of the Board of Patent Appeals and Interferences mailed September 13, 2005, finding that U.S. Patent Number 5,845,281, assigned to Defendant and Counter-Plaintiff Macrovision Corporation ("Macrovision"), was procured by inequitable conduct.

    Pursuant to Civil L.R. 7-12, the parties have agreed that the page limits for Intertrust's Motion and Macrovision's Opposition shall be enlarged.

    Accordingly, it is hereby stipulated that Intertrust's Motion and Macrovision's Opposition shall not exceed 35 pages.

    By her signature below, counsel for Intertrust attest that counsel for Macrovision concur in the filing of this stipulation.

| | | |
|---|---|---|
| 1 | DATED: April 24, 2007 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By_____/ s /_____
Linda J. Thayer (Bar No. 195,115)
Attorneys for Plaintiff and Counter-Defendant
INTERTRUST TECHNOLOGIES CORP.

Linda J. Thayer
linda.thayer@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Barbara C. McCurdy (*Admitted Pro HacVice*)
barbara.mccurdy@finnegan.com
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

| | | |
|---|---|---|
| 1 | DATED:  April 24, 2007 | OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C. |

By_____/ s /_____
　　Charles L. Gholz
　　Attorneys for Defendant and Counter-Plaintiff
　　MACROVISION CORP.

　　Charles L. Gholz (*Admitted Pro Hac Vice*)
　　cgholz@oblon.com
　　W. Todd Baker (*Admitted Pro Hac Vice*)
　　tbaker@oblon.com
　　Frank J. West (*Admitted Pro Hac Vice*)
　　fwest@oblon.com
　　1940 Duke Street
　　Alexandria, VA 22314
　　Telephone: 703-413-3000
　　Facsimile: 703-413-2220

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

　　Claude M. Stern (Bar No. 96737)
　　claudestern@quinnemanuel.com
　　Michael D. Powell (Bar No. 202850)
　　mikepowell@quinnemanuel.com
　　555 Twin Dolphin Drive, Suite 560
　　Redwood Shores, California 94065-2139
　　Telephone: (650) 801-5000
　　Facsimile: (650) 801-5100

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**
The parties' oppositions shall not exceed 35 pages.

Dated: April 25, 2007　　　　　_____
　　　　　　　　　　　　　　　James Ware
　　　　　　　　　　　　　　　United States District Judge

STIPULATION AND JOINT ADMINISTRATIVE REQUEST
TO ENLARGE PAGE LIMITS
(CASE NO. C06-04596 JW))

3