**[Counsel List on Signature Page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MACROVISION CORPORATION,<br><br>Defendant. | CASE NO. C06-04596 JW<br><br>(consolidated with Case Nos. C06-04660 and C06-04659)<br><br>**STIPULATION AND JOINT ADMINISTRATIVE REQUEST TO ENLARGE TIME TO FILE REPLIES** |
| MACROVISION CORPORATION,<br><br>Counter-Plaintiff,<br><br>v.<br><br>INTERTRUST TECHNOLOGIES CORPORATION,<br><br>Counter-Defendant. | |

  Both Intertrust Technologies Corporation ("Intertrust") and Macrovision Corporation ("Macrovision") have filed motions that are scheduled to be heard by this Court on June 11, 2007. Intertrust has filed a Motion for Summary Judgment of Inequitable Conduct (Docket No. 79). Macrovision has filed two motions in limine: a Renewed Motion in Limine to Preclude Consideration of Certain Issues (Docket No. 73) and a Motion in Limine to Preclude Intertrust from Arguing That the Board Did Not Have Authority to Decide the Priority Issue in the '142 Interference After Having Decided the Inequitable Conduct Issue (Docket No. 77).

  Pursuant to Civil L.R. 7-3, the parties' replies must be served and filed not less than 14 days before the hearing date, *i.e.*, Monday, May 28, 2007 (Memorial Day), or applying Fed. R. Civ. P. 6(a) by Friday, May 25, 2007. Pursuant to Civil L. R. 6-2 and 7-12, the parties hereby stipulate that replies by both parties shall be filed and served no later than May 29, 2007.

1   The requested time modification will have no effect on the schedule for this case, as the
2   parties are not requesting that the hearing date be changed.
3   Previous time modifications in this case are as follows:
4   1. The Case Management Conference ("CMC") originally scheduled for November 27,
5       2006, was continued to December 4, 2006, by Intertrust's Motion for Administrative
6       Relief.  *See* Docket No. 30.
7   2. The CMC originally scheduled for January 16, 2007, and the hearing date for Intertrust's
8       Motion to Bifurcate originally scheduled for February 26, 2007, were consolidated on
9       February 23, 2007, to coincide with the tutorial.  *See* Docket Nos. 48, 55, 58.
10  3. The hearing date for Macrovision's current Motions in Limine was changed from June 4,
11      2007, to the current date of June 11, 2007, by Clerk's Notice.  *See* Docket No. 78.
12  By her signature below, counsel for Intertrust attests that counsel for Macrovision concur in
13  the filing of this stipulation.

DATED:  May 10, 2007                FINNEGAN, HENDERSON, FARABOW, GARRETT
                                    & DUNNER, LLP


                                    By_____/ s /_____
                                       Linda J. Thayer (Bar No. 195,115)
                                       Attorneys for Plaintiff and Counter-Defendant
                                       INTERTRUST TECHNOLOGIES CORP.

                                       Linda J. Thayer
                                       linda.thayer@finnegan.com
                                       Stanford Research Park
                                       3300 Hillview Avenue
                                       Palo Alto, California 94304-1203
                                       Telephone: (650) 849-6600
                                       Facsimile: (650) 849-6666

                                       Barbara C. McCurdy (*Admitted Pro HacVice*)
                                       barbara.mccurdy@finnegan.com
                                       901 New York Avenue, N.W.
                                       Washington, D.C. 20001
                                       Telephone: (202) 408-4000
                                       Facsimile: (202) 408-4400

1  DATED: May 10, 2007                         OBLON, SPIVAK, MCCLELLAND, MAIER &
                                               NEUSTADT, P.C.


                                               By_____/s/_____
                                                 Charles L. Gholz
                                                 Attorneys for Defendant and Counter-Plaintiff
                                                 MACROVISION CORP.

                                                 Charles L. Gholz (*Admitted Pro Hac Vice*)
                                                 cgholz@oblon.com
                                                 W. Todd Baker (*Admitted Pro Hac Vice*)
                                                 tbaker@oblon.com
                                                 Frank J. West (*Admitted Pro Hac Vice*)
                                                 fwest@oblon.com
                                                 1940 Duke Street
                                                 Alexandria, VA 22314
                                                 Telephone: 703-413-3000
                                                 Facsimile: 703-413-2220

                                                 QUINN EMANUEL URQUHART OLIVER &
                                                 HEDGES, LLP

                                                 Claude M. Stern (Bar No. 96737)
                                                 claudestern@quinnemanuel.com
                                                 Michael D. Powell (Bar No. 202850)
                                                 mikepowell@quinnemanuel.com
                                                 555 Twin Dolphin Drive, Suite 560
                                                 Redwood Shores, California 94065-2139
                                                 Telephone: (650) 801-5000
                                                 Facsimile: (650) 801-5100


                                      **[PROPOSED] ORDER**

           **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

           **Both parties shall have until May 29, 2007, to file and serve replies.**


    Dated:   May 11 2007                         _____/s/ James Ware_____
                                                 James Ware
                                                 United States District Judge