[Counsel List on Signature Page]



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MACROVISION CORPORATION,<br><br>　　　　　　Defendant.<br><br>MACROVISION CORPORATION,<br><br>　　　　　　Counter-Plaintiff,<br><br>　　v.<br><br>INTERTRUST TECHNOLOGIES CORPORATION,<br><br>　　　　　　Counter-Defendant. | CASE NO. C06-04596 JW<br><br>(consolidated with Case Nos. C06-04660 and C06-04659)<br><br>**STIPULATED NOTICE OF DISMISSAL** |
|---|---|

### STIPULATED NOTICE OF DISMISSAL

Plaintiff and Counter-Defendant Intertrust Technologies Corporation ("Intertrust") and Defendant and Counter-Plaintiff Macrovision Corporation ("Macrovision"), through their respective counsel, stipulate and request that this Court enter an order dismissing all claims and counterclaims in these three consolidated cases with prejudice pursuant to Federal Rules of Civil Procedure 41(a). The parties have entered into a settlement agreement which fully resolves all claims and counterclaims raised in this action. Each party agrees to bear its own attorneys' fees and costs.

By her signature below, counsel for Intertrust attests that counsel for Macrovision concurs in the filing of this stipulation.

| | |
|---|---|
| 1  DATED: June 12, 2007 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By _____/ s /_____
  Linda J. Thayer (Bar No. 195,115)
  Attorneys for Plaintiff and Counter-Defendant
  INTERTRUST TECHNOLOGIES CORP.

  Linda J. Thayer
  linda.thayer@finnegan.com
  Stanford Research Park
  3300 Hillview Avenue
  Palo Alto, California 94304-1203
  Telephone: (650) 849-6600
  Facsimile: (650) 849-6666

  Barbara C. McCurdy (*Admitted Pro HacVice*)
  barbara.mccurdy@finnegan.com
  901 New York Avenue, N.W.
  Washington, D.C. 20001
  Telephone: (202) 408-4000
  Facsimile: (202) 408-4400

DATED:  June 12, 2007

OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.

By  / s /
Charles L. Gholz
Attorneys for Defendant and Counter-Plaintiff
MACROVISION CORP.

Charles L. Gholz (*Admitted Pro Hac Vice*)
cgholz@oblon.com
W. Todd Baker (*Admitted Pro Hac Vice*)
tbaker@oblon.com
Frank J. West (*Admitted Pro Hac Vice*)
fwest@oblon.com
1940 Duke Street
Alexandria, VA 22314
Telephone: 703-413-3000
Facsimile: 703-413-2220

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  June 13, 2007

James Ware
United States District Judge